UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-12122-RWZ

CLOVIS JOHNSON

v.

ANDREA J. CABRAL, *etc.*

ORDER
September 27, 2010

ZOBEL, D.J.

Upon consideration of petitioner's Emergency Motion (Docket #11) and the memorandum in opposition, the motion is denied because (1) the case in which petitioner filed the motion was dismissed on January 25, 2010, without opposition when petitioner was released from custody; and (2) this court, in any event, lacks jurisdiction to grant the relief requested.

|  September 27, 2010  | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |